UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PAUL DOWLETT and MARCIA ALLEN,**<br><br>                    Plaintiff,<br><br>   -vs-<br><br>**AEGIS RECEIVABLES MANAGEMENT, INC.,**<br><br>                    Defendant. | *Civil Action No. 09-CV-6583* |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Paul Dowlett and Marcia Allen hereby voluntarily dismiss the present action against Defendant Aegis Receivables Management, Inc., with prejudice, with each side to bear its own costs.

Date: March 11, 2010                                         /s/Frank J. Borgese
                                                                            Frank J. Borgese, Esq.
                                                                            Graham Law, P.C.
                                                                            1207 Delaware Ave., Suite 202
                                                                            Buffalo, New York 14209
                                                                            fborgese@grahamlawpc.com
                                                                            716.200.1520